[No. 21242–7–I.   Division One.   January 30, 1989.]

CLYDE R. CORY, JR., *Respondent,* v. STEPHEN H. PAYSON,
ET AL, *Respondents,* JOHN R. WILKINS,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–05789–5, John F. Wilson, J., entered October 8, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Pekelis, JJ.

[No. 21153–6–I.   Division One.   January 30, 1989.]

RONALD M. BRUEGGEMANN, *Appellant,* v. THE BOARD
OF MEDICAL EXAMINERS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–13075–6, Sharon S. Armstrong, J., entered October 30, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Pekelis, JJ.

[No. 20932–9–I.   Division One.   January 30, 1989.]

INTERNATIONAL SALES CORPORATION, *Plaintiff,* v. INTERNATIONAL COATINGS, INC., ET AL, *Defendants,*
THE CITY OF BELLINGHAM, *Respondent,*
P.R.&S., INC., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–2–00747–6, Marshall Forrest, J., entered August 12, 1987. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Swanson, J., and Williams, J. Pro Tem.